RECEIVED

MAR 13 202⁴

U.S. District Court
Middle District of TN

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF TENNESSEE

ERIC S. KILGORE, )
            PLAINTIFF )
)
V. )
)
FAYETTE COUNTY KENTUCKY )
FAMILY COURT FIFTH DIVISION )
)
SCOTT COUNTY KENTUCKY )
FAMILY COURT JUDGE LISA HART )
MORGAN )
)
DAVID EDWARD HIGDON )
)
JESSICA ISABEL JUDE )
)
)
)
)
)

**CIVIL ACTION NO.**

03 - 23 0219

**JUDGE**

**MAGISTRATE JUDGE**

# COMPLAINT

## PRELIMINARY

## CIVIL ACTION

Comes Eric S. Kilgore, beloved father, pro se, to welcome The Court to the Unconstitutional Family Courts that have completely wreaked havoc on not only my life, but an innocent child's life that has and has had a wonderful relationship with his father, me.

I.       Citations of Law

1. ***U.S. CONST., Article III, Section II, Clause I, Cases or Controversies***

    a. *"The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or*

1

*which shall be made, under their Authority;—to all Cases affecting Ambassadors, other public Ministers and Consuls;—to all Cases of admiralty and maritime Jurisdiction;—to Controversies to which the United States shall be a Party;—to Controversies between two or more States;—between a State and Citizens of another State,—between Citizens of different States,—between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects."*

i. "...between a State and Citizens of another State...or the Citizens thereof,".

ii. Here, we have major controversy between a State and Citizens of another state. I have attempting to maintain a normal life for myself and my son and have been met with complete disregard for the anti-family courts. They not only disregard Constitutional Law. They disregard Tort Law. They disregard their own laws, statutes, rules, and practices. They have caused severe distress to my person by manipulating their own pre-trial discovery, particularly interrogatories. They abused their rules by denying my Motion to Compel Jessica I. Jude to answer the interrogatories (EXHIBIT 3). I have been left no choice than to file this complaint as I have been left with zero options within the Fayette County Kentucky anti-family court. I have been denied pre-trial discovery. I have been denied my Right to be Heard at trial by forcing me to pay thousands of dollars to have a hearing. I

2

cannot afford nor will I "pay to play". They are exploiting an innocent child's life and have caused myself and my son more trauma through their outrageous behavior that leaves an entire family dismantled.

2. *U.S. CONST., Article III, Section I, Clause I, Vesting Clause*

   a. *"The Judicial Power of the United States, shall be vested in one Supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish."*

      i. The state-run Family Court(s) operate outside of the ***Constitution of the United States*** as no State nor Commonwealth has petitioned The Judicial Power of the United States, the Supreme Court nor Congress, to establish such free-powered inferior court(s). This fact allows for the Family Courts to generate their own free power that adversely affects their own citizens and voters. They take advantage of The People in the name of the buddy system, attorney and child support revenue. Great controversy surrounds these courts and, to be honest, I believe it is common knowledge nowadays. It is about time someone does something about it. It should not be possible for a single person to have a bad day, lather make-up on during those days and severely ruin a family. Which leads me to my next complaint highlight.

3. *U.S. CONST., Article VII, Amendment VII*

   a. *"In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a*

3

*jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law."*

    i. I've been saying it for years. If you think a relationship between a father and a son isn't worth twenty dollars to you, then something is wrong. Lucinda Master, somewhere down the line, stated and smirked that "we don't [have jury trials] here." They enjoy this Free Power. It's a dictatorship, totalitarian, authoritarian and completely against what the United States of America stands for. Again, no one person should be able to take children. This is where *we need Jury Trials in Family Courts*. All argument needs to be saved for our *Right to be heard* at trial.

    ii. Motion Hour Arguments! The Family Courts treat may say that "we don't do elaborate arguments in motion hour", but let me tell you, I have lost everything in Family Courts. No witnesses, just the ex-wife screaming like a deranged banshee through her unethical attorney, David Higdon. These two people have came into Motion Hour(s) with no facts, no witnesses, accusations and allegations with no grounds, no laws cited, intangible ideas, abstract arguments and have gained so much ground against the child that generations of family have been separated. Anti-Family Courts, not in my opinion, in my experience – and many others.

4. ***U.S. CONST., Article VII, Amendment XIV***

a. *"...No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."*

    i. *"nor shall any State deprive any person of life, liberty, or property, without due process of law;"*. While the Anti-Family Courts of Fayette and Scott County Kentucky have given Jessica I. Jude special privileges of not being held to court order, I have been deprived of Life, Liberty and Property. My life has been torn apart. Jessica I. Jude and these family courts have caused severe distress through their outrageous conduct. I was my son's father from conception until February 19, 2021, when my timeshare with my son was "suspended" during motion hour with no grounds nor legal basis. Without grounds nor legal basis and ordering a suspension of timeshare, Ret. Judge Lucinda Masterton made and enforced laws which abridged the privileges and immunities of this citizen, Eric S. Kilgore, of the United States. When they ordered the "suspension", Lucinda Master deprived me of my *Life*, which is that of a loving and caring father. Lucinda Masterton deprived me of the *Liberty* to enjoy my life as a father and a normal *Citizen of the United States*. They have taken my joy, my drive for a better life, but they have not taken my fight to make things right. They have stolen my *Property*, my money, and my time in Motion Hours without *compulsory process*, no jury trial, ...

*ii.* *"Equal Protection of The Laws"*. When Jessica I. Jude is being given a high-horse to live on without consequence of Contempt of Court when she is in blatant breach of court order, the Law is not equal. Well, the Law is equal, but these Anti-Family Courts are imbalanced. December 4, 2019, I had just spent Thanksgiving 2019 in jail for forgetting to sign a money order. December 4, 2019 was in the middle of my court-ordered timeshare. Judge Lisa Hart Morgan, overlooked Jessica I. Jude and her blatant disregard for court order and transferred the case to Fayette County Kentucky. I had court-ordered timeshare from approximately November 22 – December 7, 2019, and December 15 - December 26, 2019. I missed all of this. We entered the court of Lucinda Masterton on December 20, 2019. Here, Lucinda Masterton, wanted to "move forward" and forget about the most recent happening aforementioned. At the same time, Lucinda Masterton projected severe scare tactics against my person, in violation of my Life and Liberty, by forcing me to turn around and look at the door that she send prisoners through. I lost my Life. I lost my liberties. And I lost my Property. Through these losses, I have become victim to severe distress caused by the Anti-Family Courts of Fayette and Scott Kentucky and their outrageous conduct.

1. There was one time, in Lisa Hart Morgan's court, that I had to be two-hours late to a child transfer. I gave Jessica ample notification with no response. Upon minutes before the transfer

6

was to occur, I received threats of Jessica I. Jude calling the police to report our child missing, holding me in Contempt of Court, etc. I told her that I would be there, but I would be late. I ended up negotiating with her step-dad, who was acting if the transferor, and we arranged to move the transfer to the next morning. All was well at this point. Until, Jessica I. Jude filed an ex-parte motion to hold me in Contempt of Court. My request for being late was either (1) allow me to be late ONE TIME (2) pick our son up in Lexington and I would return the favor by picking him up in Columbus, OH the following transfer. Here is the twist. While being heard during Lisa Hart Morgan's Motion Hour, Jessica I. Jude came to and stated, "and I was in Lexington on Sunday and he didn't even call me." There was tons of communication that gave her ample notification of me needing to be late. When I needed Jessica I. Jude to relocate transfer to Lexington, KY, she refused despite being in Lexington, KY at that time. Instead, she forced her step-dad to drive from Columbus, OH to Lexington, Ky, stay in a hotel and blame it all on me. What did Lisa Hart Morgan do? Nothing. Lisa Hart Morgan allows this outrageous behavior that caused severe distress on my person.

5. **U.S. CONST., Article VII, Amendment XI**

7

a. *"In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defense."*

    i. See, this is where the Family Courts escape the Constitution once again. In all motions, I have been the reasonable one offering Equal Parenting Time and normal circumstances, but, often, opposing false accusations cause rises out of these Family Court judges and they make fast, ill-prepared decisions in motion hour, specifically. There are no witnesses in motion hour, but there is lengthy argument. Thus, losing your right *to have compulsory process for obtaining witness in his favor.* Not to mention, the Family Courts allowing a major buddy system which has often gone against my favor. And, collectively, this conduct is outrageous and caused severe distress of a child, his father, grandmother, great grandmother and more friends and family to mention. My family has been torn apart. They have been forced to choose sides. Family members began to lie to each other about seeing the child about timeshare, injuries, health conditions, manipulate adverse mental issues with the child and father, conspire against each other to plant cameras in my home, manipulate court order and they

8

act like these behaviors and actions do not cause severe adverse mental issues and outrageous distress.

ii. Without the right *to have compulsory process for obtaining witness in his favor,* I have lost everything. Without this right, hearsay prevails. False accusations prevail. Allegations without grounds nor legal basis prevail. And in turn, Parental Alienation, child abuse, has prevailed. Welcome to the Anti-Family Courts. Everything that has happened to me, which is detrimental to the positive upbringing of the child, has occurred *without compulsory process.*

iii. The one time in over six years that I received *compulsory process,* September _____, 2018, we had a limited "final" hearing. We were heard for more than ten hours. Although, a lot of issues were addressed that day, it can take up to a year and a half to have an opinion generated. Well, during that year and a half, *Life* still occurs. When Jessica I. Jude is still continuously giving me hardship during my timeshares, motions must be filed. This is when Judge Lisa Hart Morgan began to alter her opinion of the hearing – not based on the hearing, but on the motions that followed. I filed one motion with a separate attorney than my trial lawyer. Then I decided to move to Columbus, OH to gain more timeshare as the distance would irrelevant and it began to make sense. That way, the child would be able to see each parent most days. This very motion set Judge Lisa Hart Morgan into a tornado of anger. She became very volatile and began to be

9

extremely punitive. I understand the courts take a while, but *Life* happens every second. The more time that goes by, the old my son gets and less I get to see. Which leads me back to a previous point, these judges should not have the power under one pen to devastate a *Life*. From the point of my Motion to Relocate, my *Life* was ruined more than it already had been. My *Liberty* to live a free life as a father was revoked with compulsion of Judge Lisa Hart Morgan. I have lost all opportunity at *Property* by the expenses that I have had to incur in these Anti-Family Courts. Including but not limited to, personal attorney's fees, opposing attorney's fees when these judges feel extra tyrannical, <u>forced</u> child support instead of timeshare, travel expenses, the distress these cause and the severe adverse mental issues that were caused by the hand of the erratic Lisa Hart Morgan and the overzealous tyrant Lucinda Masterton.

6.  ***U.S. CONST., Article VII, Amendment VII***

    a.  On November 22, 2019, I, Eric S. Kilgore, pro se Plaintiff, was arrested via bench warrant issued by Judge Lisa Hart Morgan, Scott County, Kentucky, because I did not sign a Money Order. I was ordered to pay $1,000.00 in Child Support despite having pay constant attorney's fees thus forcing me to live in poverty at the discretion of the family court(s) system just trying to maintain my fatherhood. It is common knowledge that a money order is same as cash. Not only did Judge Lisa Hart Morgan neglect to consider and offer the duty of care based on money orders, but she sentenced me, *ex parte*, to thirty (30)

days in jail and forced me to pay bail in the amount of $1,000.00. I spent Thanksgiving 2019 in jail and missed nearly three weeks of timeshare. I ended up living in poverty because of this order. THUS, 8th Amendment was violated as Judge Lisa Hart Morgan ordered *excessive bail*. This should also be considered as excessive fines. This is purely and justified as CRUEL AND UNUSUAL PUNISHMENT as I followed court order and was victimized by the court for following court order.

b. On February 19, 2021, Jessica I. Jude had filed her second suspension/termination of parental rights of 2021, less than sixty (60) into the year. The first request was denied. At the time of the second attempt of suspension/termination of parental rights, I was off work for a back injury that caused me to not be able to work. When the motion was heard, then judge, Lucinda Masterton (ret. January 2023), mocked, ridiculed and belittled me and my injury. She claimed that "I couldn't even walk", which was condescending and patronizing, but technically a medical diagnosis by an unlicensed person. During the same motion, I requested for Child Support to be altered based on unemployment and injury. Ret. Judge Lucinda Masterton told me not to file a motion to alter child support.

  i. Here we are over two years later and my parental rights have never been restored, still being "suspended". I have attempted to regain my parental rights multiple times, but have been met with constant attorney's fees and hoops that do not allow my right to be heard. I have been ordered to pay $5,600.00 in attorneys fees before I can be

heard. This is utter EXCESSIVE FINES IMPOSED that not only interfere with my Right to be Heard, but also prevent me from regaining any timeshare whatsoever. Now, CRUEL AND UNUSUAL PUNISHMENT has been inflicted through all aforementioned UNCONSTITUTIONAL and NEGLIGENT ACTS by these Family Court Judges.

7. **TITLE 42 U. S. FEDERAL CODE 1983**

   a. As above-mentioned Constitutional Laws, after years of unconstitutional abuse, "Declaratory decree was violated and declaratory relief was unavailable"

      i. I have reasoned over and over with these court(s) to bring this case within Declaratory Decree and offer Declaratory Relief. I have failed every time and have been reasonable each time, but these court(s) operate under their own rules and make them up as they go.

      ii. These anti-family courts need to be brought to justice. This complaint will follow with a Federal Tort Claims Act against the U. S. Congress to act so that situations like mine and the irreversible trauma, severe distress and outrageous behavior will cease. As damages in this complaint, instead of direct damages, I will be seeking to be named the Federal Family Court Ambassador as I have the drive, experience and loyalty to The People and their laws to help administer justice for the betterment and commonwealth of the American Family.

8. **Intentional Infliction of Emotional Distress**

a. The Defendant(s) act of continuous disregard for its own laws and Constitutional Law was both intentional and reckless

b. The Defendant(s) conduct was extreme and outrageous

c. The Defendant(s) conduct was the cause of distress

d. The Defendant(s) conduct caused severe emotional distress of the Plaintiff and others, including but not limited to:

    i. The Child, J.W.K.

    ii. The Grandmother, Terri L. Kilgore

    iii. The Great Grandmother, Patricia A. Hazelett, polio survivor.

9. **Negligence**

a. The Defendant(s) owed Plaintiff a duty of care of Life, Liberty, Property, Right to be Heard, Right to Jury Trial, no excessive fines, no excessive bail, no cruel and unusual punishment, but all were utilized by the Anti-Family courts against my person that caused severe injury. Not to mention just merely following the family court orders in an equal fashion.

b. The Defendant(s) breached their duty of care in so many ways as I have specifically expressed throughout this complaint.

c. If not for the breach of the duty of care, my injury of severe distress and a Life that I desire which is not within reach with these Anti-Family Courts. This breach served as proximate cause of my injury.

d. If not for the negligence of the Defendant(s), there would be no damages. But, damages include (1) loss of quality of Life (2) loss of Liberties (3) loss of ability to gain Property through constant finance attacks (4) Physical pain and

13

suffering occurred when I was put in cuffs, jailed and enslaved (5) Emotion pain and suffering was endured was caused from the beginning of this custody case to the present.

10. **Intentional Interference with Custodial Rights**

    a. This is where things get insane. Jessica I. Jude has taken seventy (70) to one-hundred (100) days of court-ordered timeshare from me without repercussion before "suspension of timeshare". Although countless motion(s) have been filed to hold her accountable in Contempt of Court, she has been allowed to run rampant against all family court orders that I have been held responsible to follow. In fact, on March 20, 2020, Jessica I. Jude sent an e-mail to unilaterally revoke timeshare due to Covid-19. The following day, child transfer day, a police report is written, me as the victim, Jessica I. Jude as the offender, for *Interference with Custody*. Jessica I. Jude was given the option to (1) "follow court order", or (2) "file for an emergency hearing to explain why she felt that she could not meet the requirements of the court order". Jessica I. Jude, offender of Interference with Custody, chose to follow court order. Advising to the officers on March 21, 2020, "she did not feel that the Child was in any imminent harm while with the Complainant [Eric S. Kilgore] that would justify an exigency to disallow the custody transfer." Upon the next court date, the Anti-Family Court <u>did not</u> hold her in Contempt of Court, thus allowing Interference with Custody to be prevalent. Because of this Free Power given to Jessica I. Jude by the Anti-Family Courts, she was then empowered to, less than one month later, April 16, 2020, to file for and be

14

granted a Protection Order in Franklin County Ohio without Subject Matter Jurisdiction. The allegations and accusations filed by Jessica I. Jude in Ohio are in contradiction and hypocritical to her statement and advisement to local officers on March 21, 2020 that, "..the Child was not in any imminent harm while with the Complainant…". Once Franklin County Ohio began their Unconstitutional tirade against my life, Jessica I. Jude was empowered with tons of Free Power. Fact are, the events that ranged from March 20, 2020 through April 16, 2020, were set-up by the Anti-Family Courts of Fayette and Scott County Kentucky by allowing Jessica I. Jude to continuously break court order without grounds or legal basis. From January 17, 2017 through March 20, 2020, Jessica I. Jude was given a gold standard of not being held to court order while I was held to each order made by the Anti-Family Courts.

With grounds and legal basis of all this complaint states, Jessica I. Jude and the Anti-Family Courts of Fayette and Scott Kentucky are guilty of *Interference with Custody*. Jessica I. Jude has been allowed to hide from court order without consequence. While I have been held to each stipulation that has been stated.

To further prove Jessica I. Jude and David Higdon's utter Interference with Custody, please see the final two documents in Exhibit 3. It is a police report for Interference with Custody. I have no more words here.

11. **Defamation of Character**

    a.   Constant false statements were made from 2017 – present by ALL Defendant(s)

15

b. Publication was made in orders, docket sheets, petitions, affidavits, motions, filings, documents – all public records.

c. As stated, the Defendant(s) were negligent with their conduct

d. If not for the Defendant(s) conduct, my reputation would be intact. But instead, the entire country knows that I have had my timeshare revoked, lost Civil Rights, lost quality of life, lost Liberties and lost my ability to obtain Property, and so much more. The Defendant(s) are liable.

II. Defendant(s) Liability in Cause of Action

a. **Fifth Division, Lucinda Masterton**

i. If you were to stand inside a hurricane, you feel less changes in the wind than Lucinda Masterton's orders. September 1, 2020, I was trying to gain more timeshare than thirty-two percent (32%) monthly and sixty-five percent (65%) every other holiday season. This was a brief hearing, generated from motion hour. Lucinda Masterton generated a docket sheet that reflected the hearing. But, once the order was filed, it did not reflect the hearing nor the docket sheet. This is what led Lucinda Masterton to suspending my timeshare. The Hearing and the docket sheet stated that I am to attend a local controversial psychiatrist, herein "Feinberg" for an increase in my timeshare. The order from the hearing stated that I am to attend the local controversial psychiatrist, Feinberg, for a unilateral mental health evaluation. Granted, I should have filed a Motion to Alter, Amend

or Vacate, but at this point, I was beginning to think about a 1983. As if Masterton wasn't before, she began to become extremely condescending and patronizing. I remember driving to the courthouse to file a holiday timeshare motion with my son, then four, while he constantly asked, "where are we going." And I kept telling him, "its none of your business." A flashback came from when I was seventeen or eighteen years old, my biological father telling me that my parents divorce was none of my business. The distress that caused was real. I'm a hard learner, but I am a learner.  So, I asked my son, "Do you want to see me on Christmas?" He said, "Yes." I said, "Well, I have to go talk to this judge in here to see if she will let me see you for Christmas." I then told him, "I hope that's good enough for you." We remained quiet the whole way to the courthouse, but he held my hand as we walked to the night drop. There was already an order in place at this time that stated we will follow the previous court order for holiday timeshare. By that order, I was to have sixty-five percent (65%) holiday timeshare 2020. I was scheduled for zero. Jessica I. Jude had sent out an email stating an additional two days at Thanksgiving and zero Christmas timeshare. I did not respond. In my motion, I referenced the order stating current holiday timeshare and stated that I expect 65%. Upon being heard, the Lucinda Masterton verbally stated that by me not responding to their proposal, I, in turn, agreed to it. I have never in my life heard anything more corrupt. I had to argue my butt off to gain an additional two days of Christmas timeshare while Lucinda Masterton sat

17

there and smirked on her high horse. Why would I even have to argue for two days when I suppose to get eleven days for Christmas 2020? Well, again, these Anti-Family Courts have all this Free Power with no consequence. Well guess what, here consequence is typing.

ii. I have asked for my son to have a Guardian ad Litem so many times. Every single time, Lucinda Masterton denied him representation in such a highly contested custody case. A Guardian ad Litem was and still is in the best interests of my son. I have also asked for a Friend of the Court multiple times. Also denied each time.

iii. Now let's talk about Motion of Suspension. This was Jessica I. Jude's sixth or seventh motion to suspend/terminate my timeshare. On January _____, 2021, Jessica I. Jude filed for suspension/termination of my timeshare. Somehow, denied by Masterton. Mind you, between that date and February 19, 2021, no change in circumstances. But Jessica I. Jude once again filed for suspension/termination of timeshare, granted by Masterton. There was no lawful basis to inflict such distress on both my son and I.

iv. Lucinda Masterton was the second judge (Morgan first) that witnessed the exhibit/evidence of Jessica I. Jude conspiring to plant a "nanny cam" in my house. Again, Lucinda Masterton turned a blind eye. How? Why? Who could turn a blind eye to such alienating behavior? The world may never know. But, that does not mean that the Defendant(s) should not be

18

held accountable for allowing my life to be ruined through this outrageous conduct that caused such severe distress, suffering and pain.

**b. Scott County Family Court Judge Lisa Hart Morgan**

    i. Judge Morgan is who allowed this case to get so out of hand. If she would have constrained Jessica I. Jude to follow court order long ago, we would be in a better place. But as Jessica I. Jude continually broke court order and the court do nothing about it, what is a man to do? Of course, I started getting very frustrated with Jessica and she would begin to record me in my vehicle during drop offs. I would constantly tell Jessica I. Jude and the Court that she has no business in my vehicle or property. But Jessica would press and press, break court order, play games with timeshare, play keep away with the child, steal my timeshare, alienate our child from myself and other family. And I'm supposed to not voice frustration to the Court?! If I were to bat an eye wrong at Judge Morgan, attorney's fees. I guess through all kinds of ridiculous turmoil, constant bogus motions filed by Jessica I. Jude, all my property taken, my time stolen, having to take work of weekly for court, my Life completely ruined, my Liberties completely revoked, I guess I have to act like nothing is wrong and sweep it all under the rug. Which, is characteristics of narcissism. Narcissism is egoism. Here I am battling the ego of both Jessica I. Jude and Judge Morgan. I did not stand a chance. My family was being torn apart. Judge Morgan made it worse. My Life was being ruined. Judge Morgan made it

19

worse. My Liberties were slowly dying. Judge Morgan showed no remorse.

ii. I knew I was in trouble early on in this case when Judge Morgan stated in motion hour, "I just awarded the fact that mothers are protected". So, here I am trying to gain Equality, while I am subject to a judge of such bias. How is Equal Parenting supposed to thrive in this court? It wont. I asked for Shared Parenting Classes. Denied. I asked for any and all avenues of de-escalation, and Equality to bring this case into a realm of ease, but shot down every time by Judge Morgan.

iii. I went to jail on Thanksgiving for not signing a money order. When Jessica I. Jude filed her motion, via counsel David Higdon, she claimed that a "blank money order is worthless". She provided no citation of law. Further agreeing that tangible evidence and legal basis is dead in the Anti-Family Court. A "blank money order is worthless" is a blatant lie. Per United States Postal Service, "A Money Order is printed out with the dollar amount of its value only. All other items are left blank. A purchased money order is like a signed check; it is the responsibility of the purchaser to enter in who the money order is payable to (otherwise, anyone can cash it)." So, I went to jail, lost almost three weeks of timeshare, during Holiday Season 2019, and nothing was done about it. When Judge Morgan ordered for the $1,000.00 *excessive bail* after I had already paid the $1,000.00 money order, I was broke from three straight years of constant custody battle. I was exhausted, distressed to the max. Judge Morgan

knew this. When she ordered the $1,000 child support payment, I am the one that offered it, actually. I told her I had just over two grand in my bank account, and I would give child support half. So when she put me in jail, took my ability to work, then ordered the *excessive bail*, Judge Morgan knew that she left me broke. When I got out of jail, had it not been for friends, I would have gone hungry and homeless. As if it needs stated, Judge Lisa Hart Morgan and her conduct are some of the most outrageous I have ever seen. And I have watched reality TV. She deserved what's coming to her in this complaint and I deserve a time machine to not have to remember all the hysteria and severe distress that Judge Morgan made me live.

iv. Judge Morgan was the first to witness the exhibit and evidence that Jessica I. Jude had conspired to plant "nanny cams" in my house while my son was with me. What did Morgan do? Nothing. She did nothing. How else could someone get away with this completely alienating behavior except by making contributions and somehow "cahooting" with the Judge.

v. JESSICA'S NEGLIGENT PARENTING HORSE INCIDENT. August 2018, we were less than two weeks from trial. Jessica I. Jude and David Higdon through a veil over our eyes and asked to reschedule the hearing. We obliged and were set for September 14, 2018. On September 11, 2018, we were notified that my son, then two years old, had been kicked in the face by a horse while in custody of Jessica I. Jude. Not only was Jessica's slate left clean by the anti-family courts, but the injustice was dealt on my

21

reaction. After I was notified of my son's near-death experience, my initial thought was that someone beat him. I asked Jessica if that is what happened. This was a natural response in which I ended up having to answer for, but Jessica did not have to answer for being the negligent parent that allows her two-year-old son to be put in a position of near death. Judge Lisa Hart Morgan did not hold Jessica accountable whatsoever. But due to my reaction, I was labeled an "asshole" and treated like a third-class citizen. These courts have allowed Jessica I. Jude to to be a negligent parent, break court order, manipulate timeshare, manipulate my life. But if I blink my eye wrong, Jessica is awarded attorneys fees.

vi. These courts have run rampant on my life. Jessica I. Jude has filed so many frivolous motions its not funny. I have never filed a frivolous motion as all of my motions have been to gain more timeshare, hold Jessica accountable, be heard. Over and over, these courts force me to pay Jessica's attorney's fees for no valid or legal reason. I have no faith in Judge Morgan or the anti-family courts. They need to be administered justice.

c. **Fayette County Fifth Division Judge Ross Ewing**

i. Unfortunately for this guy, he took the role of Lucinda Masterton post retirement and decided to continue in her foot steps. On February 10, 2023, my *Right to be Heard* was completely sacrificed by *excessive fines* and *cruel and unusual punishment*. As previously stated, I filed Interrogatories for Jessica I. Jude to answer and per Kentucky Local

22

Rules, she must answer or object. She did neither. Ewing stated that he would deny my motion per Local Rule 7.07(b), but in order, stated that the technicality was from Family Court Rules of Procedure and Practice (FCRPP). After researching FCRPP, there nothing that reflects Motions to Compel nor Interrogatories. I am, once again, at wits end with these Anti-Family Court judges. These courts have made it impossible for me to be heard, live and equitable Life, relieve my Liberties, be a father, see my son, allow family to be family. All these occurrences have caused severe distress through the Anti-Family Court's outrageous conduct. I have no options within these courts. My only option is approach the Federal Court for help.

ii. Although, Local Rule 7(D) is merely procedure of answering interrogatories and states, "**Answer to Interrogatories**. A party answering interrogatories or requests for admission shall, as part of the answer, set forth immediately preceding the answer, the question or the request made with respect which such answer is given."

**d. Jessica I. Jude and David Higdon**

i. I have been saying it for years. The only way Jessica I. Jude and David Higdon could continue to gain such ground through such outrageous conduct of the Anti-Family courts is by paying them off. I still believe that they have been making great contributions during the years of our custody case (2017-present). If that is not enough, then let's look at the ex parte

23

communication that has been abundant. As mentioned, the time I went to jail for not signing a money order. This is, by definition, "cahoots". Jessica and David file an ex parte motion for me do jail time under the influence that an unsigned money order is worthless. Judge Morgan has to be smarter and full of more common sense than to take that as fact and evidence. But she did. I do not see how this is possible unless contribution have been made along with the ex parte communication. Regardless, this conduct is outrageous and the conduct has caused severe distress.

ii. My great-uncle died when my son was two years old. I requested of Jessica to extend my timeshare so he could attend the events around the funeral, as our son would have a rare opportunity to meet family he may never get to meet again. Jessica I. Jude took it upon herself to go to the court and tell them how ridiculous and inappropriate it is for a two-year old to attend a funeral. Then what does she do? Jessica allows my biological father to pick our son up and take him to my great-uncle's funeral. Mind you, my biological father, his wife, and Jessica have conspired to plant cameras in my house. Outrageous is an understatement. Distress would be nice compared to what these people have put me through. What did Judge Lisa Hart Morgan do when she was notified of this? Nothing. Like always. The judge does nothing when Jessica acts outrageous but chastises me when I gain no declaratory relief when Federal Torts are breached, the Constitution is breached, FCRPP is

24

ostracized, and Scott and Fayette Co. KY Family Court Rules are exploited. All while I catch the brunt end of it.

  iii. JESSICA'S NEGLIGENCE PARENTING HORSE INCIDENT. Jessica took no responsibility in our son's near-death experience. Instead, at trial, she stated that she thought her mother was watching our son. Therefore, leaving both Jessica and her mother to blame for allowing our son to be put in a position to have a broken orbital bone (eye socket), a broken nose, blacked eyes, multiple cuts and flesh wounds. At the time, we had Joint Custody and Jessica neglected to put my down as my son's father. Jessica has taken every avenue she can to defame my person, rid her son of a father, break court order, manipulate our son. And the anti-family courts allow her to act this outrageously but deny me like the ugly ducking for wanting Equality. Equality is justice. Justice is laughed at in these anti-family courts.

**III.** Haralambie, Ann, "CHILD'S DOMESTIC TORT CLAIMS". Washburn Law Journal. 2006, pp. 1-13 (EXHIBIT 2)

 a. So delicately advocated for children is this "CHILDREN'S DOMESTIC TORT CLAIMS" by Ann Haralambie. Ms. Haralambie, a near fifty-year veteran said more than I ever could. I would like to set here and summarize this document, but I believe it speaks for itself. So, I will simply highlight a few of the notations.

  i. "Children are often the forgotten potential plaintiffs in domestic torts cases. However, they do often possess causes of action against their

25

parents or third parties. Statutes of limitation for most of these claims are tolled until the children reach majority, so lawsuits may be filed even years after the cause of action arose."

ii. "The two primary categories of claims involve child abuse and *custodial interference*, with each category giving rise to several distinct causes of action."

iii. Based on this legal publication, all Defendant(s) are still liable by lawsuit of the child when he comes of age. I will be sure spread the news.

Facts are, the Scott and Fayette County Kentucky Family Courts have exploited their own local rules and FCRPP. This far more than outrageous, but tyrannical. I feel like a peasant in some authoritarian dictatorship in some socialist country. Why? Because I want my son to grow up with his father. We were together from conception, birth through February 19, 2021 when Lucinda Masterton "suspended" my timeshare against local rules, FCRPP, the Constitution, Federal Torts aforementioned, probably more Federal torts that I missed. Lucinda Masterton and Ross Ewing have created a "pay to play" father/son relationship. If I don't pay the State of Kentucky and Jessica I. Jude's attorney's fees, my son grows up without a father. I cannot wait until my son is of majority so he can bring a lawsuit against these corrupt individuals and courts. They utilize controversial methods, psychiatrists, and tactics. Judge Lisa Hart Morgan puts people in jail without due process, no Miranda Rights, no legal basis. These Anti-Family courts and judges enjoy this free power as it makes them feel like some 15th century warlord that has total control over the people. The things that I have witnessed in other cases while awaiting my presence at their thrones is just as atrocious as the events that I have described.

26

To conclude, my life has been ravaged and devastated by the anti-family courts, Jessica I. Jude, and David Higdon. Jessica and David have lied, cheated, and stole from me and my son. The anti-family courts have abused its own discretion every time I was every in court. They have allowed negligent parenting on Jessica's behalf, disregard and manipulate their own rules, laws and statutes by perverted the courtroom. We are supposed to be a country of The People. But once these anti-family court judges take office, they utilize their seat as a throne and administer faulty decisions with no possibility of correction. Before Jessica and the anti-family courts, I was an aspiring businessman, healthy, thoughtful, free and easy, peaceful, a family man. But now, I am more so the opposite. I have given up on my business because I don't have the desire to be successful. This ongoing travesty has given me depression. I have not seen my son in over two years. This would make a sane man crazy. I forgot about being helpful to others. My family is in shambles as it was intact before Jessica and the anti-family courts. I have not felt peace since before I met Jessica I. Jude. Free and easy is just a country song anymore. I need my Life, Liberty, Property, Constitutional Rights, Basic Human Rights and so much more to be restored. If there was ever an easy button, the anti-family courts have destroyed it.

I could continue this complaint for well over double, but the distress that writing this complaint has caused me is enough to endure after having the endure the Anti-Family courts for the eternity that I have.

## I. DAMAGES

1. As if a complete breach of the Constitution isn't enough. The aforementioned judges are subject to the damages allowed by the 1983.

27

2. As explained, the Defendant(s) are liable for Negligence, Intentional Infliction of Emotional Distress, Pain and Suffering, Severe Distress and so much more than I can explain.

3. My Life has been shattered, torn apart at the expense of an innocent child that I miss dearly. There is not an amount of money that could ever make me forget the pain and distress caused by the Defendants.

4. If someone would ask me how much money I would take for my reputation to be ruined, stricken Civil Rights, watch Constitutional Rights be unilaterally revoked, my timeshare be manipulated by Defendants, my custody be stolen, my time with my son be stolen, there is not an amount of money that I would ever take for any of this to happen to me or my son. But I need enough money from this complaint that it covers up what happened to me and my son.

**II.** TOTALING MONETARY DAMAGES

1. **<u>FIFTY MILLON DOLLARS ($50,000,000.00)</u>**

**THEREFORE,**

I request of The Court:

1. ORDER DEFENDANT FAYETTE COUNTY FIFTH DIVISION, ROSS EWING, TO ENABLE AMICABLE-TIMESHARE AND CUSTODY IMMEDIATELY, INCLUDING ALL MAKE-UP TIME (70-100 days)

2. ORDER DEFENDANT FAYETTE COUNTY FIFTH DIVISION, ROSS EWING, TO SCHEDULE A JURY TRIAL IN CASE 19-CI-4318

3. ORDER JUDGE ROSS EWING TO ORDER JESSICA I. JUDE TO ANSWER INTERROGATORIES (EX. 3) WITHIN SEVEN DAYS TO BEGIN TRIAL AND CLEAR UP A LOT

4. ORDER JUDGE ROSS EWING TO TRANSFER CASE NO. 19-CI-4318 TO FAYETT COUNTY FAMILY COURT JUDGE TRACY BRISLIN. BRISLIN HAS MADE ETHICAL ORDER IN THE CASE.

5. ORDER ALL DEFENDANTS TO PAY DAMAGES IN TOTAL OF FIFTY MILLION DOLLARS

6. ORDER ALL DEFENDANTS TO ISSUE APOLOGY LETTERS TO MY FAMILY, PUBLIC APOLOGY TO CITY OF NASHVILLE, TN, CITY OF LEXINGTON, KY, CITY OF HUNTINGTON, WV AND APOLOGY LETTER TO SON

7. ANY AND ALL RELIEF DEEMED NECESSARY

Before I leave, I would like to leave behind a song. One that was written the day that I began this complaint. It's relevant to this complaint as it explains the distress caused by the Anti-Family Courts. From me to my son, *Don't Forget About Me.*

"When you wake up
Wondering where you went wrong
Thinkin' I ain't comin' back
I'm still with you, just know

When you close your eyes
I know the mess will make you blind
Just smile for me
Cause I'm closer than you think

On your way home
Don't forget about me
Cause love is all you've got
I won't be gone for long

I know it seems like forever
We're closer than together
And stronger than the weather
Don't forget about me

Open your heart
Close out all the bad
We'll leave off where we started
And live life just like we had

Fore they tore us apart
And left us stranded
But we landed on our feet
We were made to be Free

Don't you forget about me
You're stronger than you think
This ain't nothin' we can't overcome
Don't forget about me"

30

CORDIALLY SUBMITTED,

**Eric S. Kilgore**
4700 Bradley Road
Huntington, WV 25704
859.576.0474
TRADESMANNASHVILLE@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed on this _7TH_ day of _March_ 2023, a true and accurate copy of the same will be served by Process Service or Hand-Delivery, upon the following:


FAYETTE COUNTY KENTUCKY FAMILY COURT FIFTH DIVISION

120 N. Limestone St

Lexington, KY 40507


SCOTT COUNTY KENTUCKY FAMILY COURT JUDGE LISA HART MORGAN

119 N Hamilton St #1

Georgetown, KY 40324


DAVID EDWARD HIGDON

203 E Main St #103

Georgetown, KY 40324


JESSICA ISABEL JUDE

203 E Main St #103

Georgetown, KY 40324


Eric S. Kilgore

32